**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

AUGUSTINE RODRIGUEZ,

     Plaintiff,

  v.                                             CIV No. 15-00978-WJ-KBM

STATE OF NEW MEXICO,
DEPARTMENT OF CORRECTIONS,
MARY CHRISTENSEN,
FNU CASTILLO,

     Defendants.

## <u>ORDER TO SHOW CAUSE</u>

This matter is before the Court *sua sponte*.  The record reflects that a recent mailing to Plaintiff was returned as undelivered, indicating that Plaintiff was "R/S [sic] discharged no forwarding address."[1] (*See* Docs. 6).  It appears that Plaintiff has been transferred or released from custody without advising the Court of his new address, as required by D.N.M.LR-Civ 83.6, thus severing contact with the Court.  Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed.  *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . .  The same is true of simple, nonburdensome local rules . . . ." (citation omitted)).  Failure to comply with this Order may result in dismissal without further notice.

---

[1] The record reflects that other mailings to Plaintiff were returned as undelivered, due to the failure to include Plaintiff's inmate number.  [*See* Doc. 4, 5]  These mailings were resent to Plaintiff with his inmate number included in the address.

IT IS THEREFORE ORDERED that, within twenty-one (21) days from entry of this order, Plaintiff shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE